No. 1157. HELTON, ADMINISTRATOR, *v.* THOMPSON, TRUSTEE. May 25, 1942. Petition for writ of certiorari to the Appellate Court, First Division, of Illinois denied.

*Mr. Charles C. Spencer* for petitioner. *Mr. William T. Faricy* for respondent.